GEORGE H. S. ROWE, Individually, and as General Agent of the TRAVELERS INSURANCE COMPANY, Respondent, *v.* CORNELIUS G. DELOCA, Appellant.

(Submitted October 3, 1932; decided October 11, 1932.)

*William Frolich* for motion.
*Edward Siegel* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.